AO 440 (Rev. 10/93) Summons in a Civil Action

COPY

# UNITED STATES DISTRICT COURT

Southern District of Texas

TRINIDAD ROSE TREJO

V.

DAVOL, INC. AND C.R. BARD, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:08-CV-208

TO: (Name and address of Defendant)

C.R. Bard, Inc.
C.T. Corporation System
350 N. Saint Paul Street
Dallas, TX 75201

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Rene L. Obregon
CHAVES, RESENDEZ & RIVERO, L.L.P.
802 N. Carancachua, Suite 2100
Corpus Christi, TX 78470

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby
CLERK

6-30-08
DATE

[signature]
(By) DEPUTY CLERK