AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of Texas

TRINIDAD ROSE TREJO

V.

DAVOL, INC. AND C.R. BARD, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:08-CV-208

TO: (Name and address of Defendant)

Davol, Inc.
C.T. Corporation System
10 Webbosset Street
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Rene L. Obregon
CHAVES, RESENDEZ & RIVERO, L.L.P.
802 N. Carancachua, Suite 2100
Corpus Christi, TX 78470

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby
CLERK

6-30-08
DATE

(By) DEPUTY CLERK

# AFFIDAVIT OF SERVICE

**State of Texas** **County of U.S.Southern** **.Corpus Christi Division Court**

Case Number: 2:08-CV-208

Plaintiff:
**TRINIDAD ROSE TREJO**

vs.

Defendant:
**DAVOL, INC AND C.R. BARD, INC.**

For:
Rene L. Obregon
Chaves Resendez & Rivero LLP
802 North Carancahua Suite 2100
Frost Bank Plaza
Corpus Christi, TX 78470

Received by Allen Civil Process on the 1st day of July, 2008 at 11:17 am to be served on **Davol, Inc Registered Agent: C T Corporation System, 10 Webbosset Street, Providence, RI 02903**.

I, Elizabeth Bier TCPS, being duly sworn, depose and say that on the **1st day of July, 2008** at **3:00 pm, I:**

mailed from Corpus Christi, Texas, via Certified Mail for **Davol, Inc Registered Agent: C T Corporation System** to the address of **10 Webbosset Street, Providence, RI 02903.** That the Postal Service Receipt Form 3811 was Signed by, **Unreadable Signature, An Authorized Agent, on July 9, 2008,** enclosed was a true copy of the Summons and Complaint and Civil Case Information Sheet . Attached to this affidavit is the Certified Mail Return Receipt Form 3811, Domestic Return Receipt, of the United States Postal Service with the Signature and Date thereon.

I am over the age of eighteen, not a party to nor interested in the outcome of the above numbered suit and that I am a Licensed Process Server by the Texas Supreme Court. I have personal knowledge of the facts set forth in the foregoing affidavit and declare that the statements therein contained are true and correct.

Subscribed and Sworn to before me on the 12th day of July, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC

C. ALLEN
MY COMMISSION EXPIRES
July 25, 2012

**Elizabeth Bier TCPS**
SCH-203

**Allen Civil Process**
**400 Mann Street Suite 902**
**P.O. Box 181293 (78480)**
**Corpus Christi, TX 78401**
**(361) 884-1657**
Our Job Serial Number: 2008004379

Service Fee: ________

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2w

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Davol, Inc
C.T. Corporation System
10 Webbosset St.
Providence, RI 02903

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*)

C. Date of Delivery 7/9

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. 7001 1940 0005 0825 3476

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540