**BEFORE THE JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| **IN RE: KUGEL MESH HERNIA PATCH PRODUCT LIABILITY LITIGATION** | ) | **MDL Docket No. 1842** |

**DEFENDANTS' SEVENTY-NINTH 7.5(e) NOTICE OF POTENTIAL TAG-ALONG**

TO: Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, D.C. 20002-8004

Defendant C.R. Bard, Inc. and Defendant Davol Inc., by and through their counsel of record, hereby give notice, pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, of the existence of the following potential "tag-along actions" in which one or both of Defendants are named. These actions appear to involve common questions of fact with those actions transferred by this Panel's prior order dated June 22, 2007.

**United States District Court for the Central District of Illinois**

*Sherry Hill v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 2:08-cv-02142, Judge Michael P. McCuskey.

**United States District Court for the Southern District of Texas**

*Trinidad Rose Trejo v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 2:08-cv-00208, Judge Hayden Head.

**United States District Court for the Central District of California**

*Carmenita Nunley v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 2:08-cv-04064, Judge S. James Otero.

*Barbara Gibson v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 2:08-cv-04273, Judge A. Howard Matz.

EXHIBIT
tabbies
1

**<u>United States District Court for the Eastern District of New York</u>**

*Sharon Gordon and Rufus Gordon v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 1:08-cv-02543, Judge Edward R. Korman.

*Jennifer Wigal v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 1:08-cv-02544, Judge Edward R. Korman.

**<u>United States District Court for the Southern District of Iowa</u>**

*John Rubio and Kellie Baker-Rubio v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 3:08-cv-00083, Judge Charles R. Wolle.

Respectfully submitted,

Dated: July 7, 2008

SPRIGGS & HOLLINGSWORTH

Kirby T. Griffis /MLJ

Joe G. Hollingsworth
Katharine R. Latimer
Kirby T. Griffis
William J. Cople, III
1350 I Street NW
Washington, D.C. 20005
(202) 898-5800
(202) 682-1639 (facsimile)

*Attorneys for Defendant C.R. Bard, Inc. and Defendant Davol Inc.*

**PROOF OF SERVICE**

I hereby certify that on this 7th day of July, 2008, a true and correct copy of the foregoing Defendants' Seventy-Ninth Rule 7.5(e) Notice of Potential Tag-Along was served via first class mail, postage pre-paid, on appointed Liaison Counsel and counsel for those parties affected by this action as per Rule 5.2(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation:

**Motley Rice LLC**
Donald A. Migliori
Motley Rice LLC
321 South Main Street
Providence, RI 02903

**Liaison Counsel**

**Joseph W Phebus**
PHEBUS & KOESTER
136 W Main St
Urbana , IL 61801

**Counsel for Plaintiff: Sherry Hill**

**Rene L Obregon**
Chaves Resendez et al
802 N Carancahua
Ste 2100
Corpus Christi, TX 78470

**Counsel for Plaintiffs: Trinidad Rose Trejo**

**Mark R Schwartz**
Mark R Schwartz Law Offices
11355 West Olympic Blvd
Suite 100
Los Angeles, CA 90064

**Counsel for Plaintiff: Carmenita Nunley**

**Stephanie Hatzakos**
Milberg LLP
One Penn Plaza
New York, NY 10119

**Counsel for Plaintiffs: Sharon Gordon and Rufus Gordon**
**Counsel for Plaintiff: Jennifer Wigal**

**Larry D Helvey**
2735 First Avenue SE
Suite 101
Cedar Rapids, IA 52402

**Counsel for Plaintiffs: John Rubio and Kellie Baker-Rubio**

**Baharak Dejban**
Khorrami Pollard Abir LLP
444 South Flower Street 33rd Floor
Los Angeles, CA 90071

**Counsel for Plaintiff: Barbara Gibson**

**Affiliated Defense Counsel Affected by this Notice:**

Kara Stubbs
Deanne R. Jockish, R.N., J.D.
Dennie Michelle Zankel
Baker Sterchi Cowden & Rice, LLC
1010 Market Street, Suite 950
St. Louis, MO 63101

**Counsel for Defendants C.R. Bard, Inc. and/or Davol Inc.**

HARRISON, BETTIS, STAFF, MCFARLAND & WEEMS, LLP
D. Mitchell McFarland
One Allen Center
500 Dallas Street, Suite 2600
Houston, TX 77002

**Counsel for Defendants C.R. Bard, Inc. and/or Davol Inc.**

HASSARD BONNINGTON LLP
Thomas M. Frieder
Two Embarcadero Center, Suite 1800
San Fransico, CA 94111

**Counsel for Defendants C.R. Bard, Inc. and/or Davol Inc.**

PEPPER, HAMILTON, LLP
Samuel J. Abate, Jr.
420 Lexington Ave., Suite 2320
New York, NY 10170-2399

**Counsel for Defendants C.R. Bard, Inc. and/or Davol Inc.**

Aaron A. Clark
Scott Paul
McGrath North Mullin & Kratz, PC LLO
First National Tower, Suite 3700
1601 Dodge Street
Omaha, Nebraska 68102

**Counsel for Defendants C.R. Bard, Inc. and/or Davol Inc.**

Segal McCambridge Singer & Mahoney, Ltd.
Mark Crane, Esq.
Misty R. Martin, Esq.
Sears Tower - Suite 5500
233 S. Wacker Drive
Chicago, IL 60606

**Counsel for Defendants C.R. Bard, Inc. and/or Davol Inc.**

HARRISON, BETTIS, STAFF, MCFARLAND & WEEMS, LLP
D. Mitchell McFarland
One Allen Center
500 Dallas Street, Suite 2600
Houston, TX 77002

**Counsel for Defendants C.R. Bard, Inc. and/or Davol Inc.**

Kirby T. Griffis /mmf
Kirby T. Griffis