CLOSED, MDL, STAYED, TRANSFERRED

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Corpus Christi)
# CIVIL DOCKET FOR CASE #: 2:08−cv−00208

Trejo v. Davol, Inc. et al
Assigned to: Chief Judge Hayden Head
Cause: 28:1332 Diversity−Product Liability

Date Filed: 06/27/2008
Date Terminated: 07/25/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Trinidad Rose Trejo** represented by **Rene L Obregon**
Chaves Resendez et al
802 N Carancahua
Ste 2100
Corpus Christi, TX 78470
361−884−5400
Fax: 361−884−5401
Email: robregon@crrlawfirm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.** represented by **D Mitchell McFarland**
Harrison Bettis et al
1415 Louisiana St
37th Floor
Houston, TX 77002
713−843−7900
Fax: 713−843−7901
Email: mitch.mcfarland@harrisonbettis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**C.R. Bard, Inc.** represented by **D Mitchell McFarland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/27/2008 | Ï 1 | COMPLAINT against all defendants (Filing fee $ 350 receipt number 0541000000003934622) filed by Trinidad Rose Trejo. (Attachments: # 1 Complaint Plaintiff's Complaint)(Obregon, Rene) (Entered: 06/27/2008) |
| 06/30/2008 | Ï 2 | Summons Issued as to Davol, Inc., C.R. Bard, Inc., filed. (Attachments: # 1 continuation)(vrios, ) (Entered: 06/30/2008) |

| | | |
|---|---|---|
| 07/11/2008 | Ï 3 | RETURN of Service of SUMMONS Executed as to C.R. Bard, Inc. served on 7/3/2008, answer due 7/23/2008, filed.(Obregon, Rene) (Entered: 07/11/2008) |
| 07/17/2008 | Ï 4 | RETURN of Service of SUMMONS Executed as to Davol, Inc. served on 7/9/2008, answer due 7/29/2008, filed.(Obregon, Rene) (Entered: 07/17/2008) |
| 07/23/2008 | Ï 5 | Unopposed MOTION to Stay *Pending Transfer to MDL* by Davol, Inc., C.R. Bard, Inc., filed. Motion Docket Date 8/12/2008. (Attachments: # 1 Exhibit 1, # 2 Proposed Order)(McFarland, D) (Entered: 07/23/2008) |
| 07/24/2008 | Ï 6 | ORDER granting 5 Motion to Stay.(Signed by Chief Judge Hayden Head) Parties notified.(lrivera, ) (Entered: 07/25/2008) |
| 08/14/2008 | Ï 7 | JPML CONDITIONAL TRANSFER ORDER (CTO 25) (certified copy) transferring case to District of Rhode Island to be included in MDL Docket No. 1842.(Case extracted electronically) (nochsner, ) (Entered: 08/14/2008) |